Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 APR 25 PM 3: 27

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
COLORADO District of DENVER__

_____ Division

| | |
|---|---|
| JACQUELINE SANTISTEVAN ) <br> ) <br> ) <br> _____ ) <br> *Plaintiff(s)* ) <br> *(Write the full name of each plaintiff who is filing this complaint.* ) <br> *If the names of all the plaintiffs cannot fit in the space above,* ) <br> *please write "see attached" in the space and attach an additional* ) <br> *page with the full list of names.)* ) <br> -v- ) <br> ) <br> JESSICA MANACADO, NORMAN CHASE, ) <br> NICOLE DIPALO ) <br> ) <br> _____ ) <br> *Defendant(s)* ) <br> *(Write the full name of each defendant who is being sued. If the* ) <br> *names of all the defendants cannot fit in the space above, please* ) <br> *write "see attached" in the space and attach an additional page* ) <br> *with the full list of names.)* ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JACQUELINE SANTISTEVAN |
   | Street Address | 466 S GRANT ST |
   | City and County | DENVER |
   | State and Zip Code | COLORADO 80209 |
   | Telephone Number | 303-543-0606 |
   | E-mail Address | RHKOPPIE@COMCAST.NET |

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | NICOLE DIPAOLO |
| Job or Title *(if known)* | ACADEMY BANKER |
| Street Address | 160 S MONOCO PKWY APT F209 |
| City and County | DENVER |
| State and Zip Code | CO 80204 |
| Telephone Number | 303-523-3040 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | CHASE NORMANE |
| Job or Title *(if known)* | ACADEMY BANK SECURITY |
| Street Address | 740 17TH ST |
| City and County | DENVER |
| State and Zip Code | COLORADO 80202 |
| Telephone Number | 720-840-3961 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | YESSICA MONCODA |
| Job or Title *(if known)* | ACADEMY BANK BRANCH MANGER |
| Street Address | 740 17TH ST |
| City and County | DENVER |
| State and Zip Code | COLORADO 80202 |
| Telephone Number | 303-222-9260 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | ACADEMY BANK |
| Job or Title *(if known)* | |
| Street Address | 1111 MAIN ST STE 202 |
| City and County | KANSAS CITY, |
| State and Zip Code | MO 64105-2114 |
| Telephone Number | 866-869-9141 |
| E-mail Address *(if known)* | CUSTOMERRELATIONS@DFCKC.COM |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CONSPIRACEY TO COMMIT AN OFFENCE TO DEFRAUD THE UNITED STATES 18 USCA 371
BANK FRAUD 18 USC 1344
FRAUD AND FALSE STATEMENTS 18 USCA 1001
CONSPIRACEY TO COMMIT FRAUD OFFENCE 18USC 1349
TAMPERING WITH A RECORD IMPEDING AN OFFICIAL PROCEEDING 18USCA 1512

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* JACQUELINE SANTISTEVAN, is a citizen of the State of *(name)* COLORADO.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* YESSICA MONCODE, is a citizen of the State of *(name)* COLORADO. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* ACADEMY BANK, N.A , is incorporated under the laws of the State of *(name)* MO KANSA CITY , and has its principal place of business in the State of *(name)* MO KANSAS CITY .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I HAVE CONTACTED CORPORATE TO COMPLAIN AND HAVE A INVESTIGATION BEFORE THE EMPLOYAES AT THE BANK MADE A FALSE REPORT AND PLAINTIFF WAS CHARGED AND JAILED. CASH DEPOSITED OF SUMS $900 WERE NOT DEPOSITED INTO MY ACCOUNTS
AND I WAS GIVEN BALANCE LEDGERS INSTEAD THEY LEFT THE PLAINTIFF HUNGRY

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I WENT INTO THE BANK TO MAKE SEVERAL DEPOSITS OF SUMS $900 OR LESS. THE PLAINTIFF ALSO PURCHASED CASHIERS CHECKS AND BANKERS WILL NOT GIVE ANY TYPE OF BANKING INFORMATION OR HELP WITH FRAUDLENT ACTIVITY. ON DECEMBER 13 2016 DEFENDENTS FALSE REPORTED ALIG THE STOMACH NICOLE DIPOLO FALSE REPORTED   THE ALEGATION ARE IN COUNTY COURT AWAITING TRIAL CASE NUMBER 16GS16732

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FALSE CALIMS IS MAX 30YR PRISON 18 USC 371  IS $1,000000 PER PERSON AND TREBBLE .
PLAINTIFF ASKE DFOR 15,000,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/26/2017

Signature of Plaintiff  *Jacqueline Santistevan*
Printed Name of Plaintiff  JACQUELINE SANTISTEVAN

### B. For Attorneys

Date of signing: 04/26/2017

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Exibits 1-6 pages

**COMPLETETELY FILL OUT THE TOP AND BOTTOM OF THE FORM**
Denver Police Department • WANTED / MISSING PERSON

GO # 16-793291  DPD # 535916

| Name – Last | First | Middle | Alias | Sex | Race | Place of Birth |
|---|---|---|---|---|---|---|
| SANTASTEVEN | JACQUELINE | J. | | F | W | CO |

| Date Of Birth | Height | Weight | Eye Color | Hair Color | FBI # | SID # |
|---|---|---|---|---|---|---|
| 07/06/85 | 5-3 | 120 | BRO | BRO | | |

| Social Security # | Scars/Marks/Tattoos | Glasses | Skin/Complexion |
|---|---|---|---|
| | | YES | |

| Drivers License # | State Issued | Expiration | Last Known Address | Last Known City |
|---|---|---|---|---|
| | | | 700 PENNSYLVANIA ST. | DENVER |

| Offense | Domestic Violence Involved | Caution Indicated? | If yes, give reason: |
|---|---|---|---|
| THREATS | ☐ | ☐ Yes ☐ No | |

| Vehicle License | State | Type | Exp Year | Vin |
|---|---|---|---|---|
| | | | | |

| Vehicle Year | Make | Model | Style | Color | Unique characteristics |
|---|---|---|---|---|---|
| | | | | | |

| Court Case # (Completed by the Courts) | Bond | Date of Warrant | Misc. |
|---|---|---|---|
| | | | |

| Wanted By (Please Print) | Badge # | DPD Assignment | Phone # |
|---|---|---|---|
| P. WALDOCK | 84022 | D-6 | 3-2800 |
| Cancelled By (Signature) | Badge # | DPD Assignment | Phone # |

**NCIC USE ONLY**
☐ Entered CCIC by: Agent's Initials _____ Date _____ CCIC # _____ Warrant Checked By: _____
☐ Entered NCIC by: Agent's Initials _____ Date _____ NCIC # _____
☐ Copy to Bulletin Editor
☐ Entered Detainer by: Agent's Initials _____ Date _____ Detained With _____
☐ Cancelled NCIC/CCIC by: Agents Initials _____ Date _____

---

Denver Police Department • WANTED PERSON (This portion to be returned to the investigating officer when warrant has been entered)

| Name – Last | First | Middle | DOB |
|---|---|---|---|
| SANTASTEVEN | JACQUELINE | JADE | 07/06/85 |
| Wanted By | Badge # | DPD Assignment | |
| P. WALDOCK | 84022 | D-6 | 3-2800 |
| Cancelled By | Badge # | DPD Assignment | Date |

## NCIC - ATTACH PRINTOUT HERE

Check list for officer requesting a warrant
- Complete the paper US&C/W including all information
- DO NOT enter a court date
- DO NOT complete the "Served By" section
- Affidavit Notarized
- Officer does not create an AB
- Officer completes an electronic GO to document the crime
- Include entities (this person is listed as a suspect)
- DO NOT complete the paper GO (page 2 of this document). (However, if you are off-duty, you may complete the paper GO)

Check list for officer serving this warrant
- Complete an AB and choose "warrant" for this event. Use a generated AB#, do not use this AB#
- Complete the "Cancelled By" section of this document
- Complete the "Served By" section and enter a court date 30 days from the date of service (do not set on weekend or holidays)
- Complete the bottom portion of the execution section
- Serve the defendant copy of the US&C
- Return the original document to the NCIC Section for distribution

DPD777W (Rev. 04/14)

1

**City and County of Denver Unified Summons & Complaint/Warrant**   GO #: 16-793291   AB #: 409119

In the County Court in and for the City and County of Denver, State of Colorado. The People of the City and County of Denver and/or State of Colorado, Plaintiff vs.

| DEFENDANT: Last Name | First Name | Middle | DOB |
|---|---|---|---|
| SANTA STEVEN | JACQUELINE | JADE | 07/06/85 |

| Home Address | City | State | Zip | Phone |
|---|---|---|---|---|
| 700 PENNSYLVANIA ST. | DENVER | CO | 80203 | |

| Drivers License # | Vehicle License # (Required for Title 42 offenses) | ☐ Jailed ☐ Order-In |
|---|---|---|
| 97 300 0649 | | |

Victim Name(s) Only: NICOLE DiPALO

| Location of Offense | Offense Date | Offense Time | Domestic Violence Offense |
|---|---|---|---|
| 740 17TH ST | 12/13/16 | 1300 | ☐ Yes ☒ No |

- ☐ 38-71 Damaging, Defacing, or Destruction of Private Property
- ☐ 38-32 Resistance
- ☐ 38-43 Violation of Protection Order
- ☐ 38-51.5 Shoplifting
- ☐ 38-51.8 Petty Theft
- ☐ 39-61 Damaging, Defacing, or Destruction of Public Property
- ☐ 38-31 Interference
- ☒ 38-89 Disturbing the Peace
- ☐ 38-93 Assault
- ☒ 38-92(a) Threat to Injure a Person or Damage Property
- ☐ 38-91 Disturbance by Use of Telephone
- ☐ 38-115 Trespass
- ☐ 38-117(c) Flourishing a Weapon
- ☐ Other Violations: Give Code # and Description

YOU ARE SUMMONED AND ORDERED TO APPEAR BEFORE THE COURT ON ___/___/___, AT 8:00 am LOCATED AT THE LINDSEY FLANIGAN JUSTICE CENTER, 520 W. COLFAX AVE, ROOM #160, DENVER, CO 80204, to answer the charge(s) in violation of the Denver Revised Municipal Code (DRMC) and/or the Colorado Revised Statutes (CRS) as amended. If this court date is a Saturday, Sunday, or Holiday, you must appear on the NEXT regular court business day following this date. If you are under the age of 18, YOU AND YOUR PARENT OR LEGAL GUARDIAN MUST APPEAR IN COURT ON THE DATE AND TIME AT THE DESIGNATED LOCATION. You may contact the court during normal business hours at 720-337-0410. If you fail to respond to this summons, a warrant will be issued for your arrest. IF YOU POSTED BOND, THE DATE ON YOUR BOND IS YOUR COURT DATE.

I know or have reason to believe the defendant named violated the Sections of the Revised Municipal Code of the City and County of Denver, Colorado and/or the Sections of the Colorado Revised Statutes identified.

The defendant was served a copy of this Summons and Complaint in the manner prescribed by law.

Officer: P.S. Waldorf  94022   Date: 12/13/16

Served By: ___   Date: ___

**AFFIDAVIT FOR ARREST WARRANT: COUNTY COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO**

I am a police officer for the City and County of Denver, Colorado, and have knowledge regarding the arrest/incident of the above named party for the below listed offense, which offense occurred on or about the date of 12/13/16 at 1:00 ☐am ☒pm at or near the location of 740 17TH ST in the City and County of Denver, State of Colorado.

| | |
|---|---|
| 38-92(a) | THREATS TO INJURE A PERSON |
| 38-89 | DISTURBING THE PEACE |

THE DEFENDANT IS A FORMER CUSTOMER AT ACADEMY BANK. ENTERED THE BANK AND ASKED FOR A MANAGER. DEFENDANT BECAME IRATE WITH THE VICTIM, NICOLE DiPALO, ABOUT THE DEFENDANT'S ACCOUNT. DEFENDANT CURSED AT THE VICTIM, (DiPALO) SHOUTING PROFANITY AT HER. THE DEFENDANT THREATENED TO HIT THE VICTIM IN THE ABDOMEN. VICTIM IS PREGNANT. DEFENDANT THREATENED TO HURT THE VICTIM'S BABY. VICTIM KNOWS THE DEFENDANT AS A FORMER BANK CUSTOMER, AND SHE IDENTIFIED HERSELF WHEN SHE CAME IN TO TALK ABOUT HER ACCOUNT.

I affirm this information to be true and correct   Signature of Affiant: P.S. Waldorf

Subscribed under oath before me on 12-13-16  15:41

ANDREW CLARRY — NOTARY PUBLIC — STATE OF COLORADO — NOTARY ID 20154008226 — MY COMMISSION EXPIRES FEBRUARY 26, 2019

My commission expires: 2-26-19

**ARREST WARRANT**

To all Sheriffs, Peace Officers and Police Officers with the said State:

☐ ADULT—You are hereby commanded to arrest the defendant named above and bring them without unnecessary delay before a Judge of the County Court to be dealt with according to law.

☐ JUVENILE—You are hereby commanded to arrest the defendant named above, summons into court, process and release said defendant to appear before the court.

Bail fixed at $____   Date:____   Signature of Judge____   Judge (printed name)____

I HEREBY CERTIFY that I executed the above warrant on (date)____ by taking ____ (name of person arrested) into custody and:

☐ Adult: placing said person in the ____ Jail for safekeeping until further order of the court

☐ Juvenile: Summonsed the defendant to appear in Denver County Court on ___/___/___ Signature of Arresting Off. ____

DPD777W (Rev. 04/14)   POLICE DEPARTMENT COPY

(2)

Page ___ of ___ Pages         GO/CAD No. 16 793291

## Denver Police Department
## STATEMENT

| Field | Value |
|---|---|
| Name (Last, First, Middle Initial) | Chase, Norman E |
| Person Making Statement Is: | ☑ Officer Security ☐ Witness ☐ Person Advised |
| Residence Street Address | 740 17th St |
| City | Denver |
| County | Denver |
| State | CO |
| Zip Code | 80202 |
| Residence Phone | (720) 840-3961 |
| Business Phone | (303) 222-9260 |
| Date of Birth | 4 Feb 1959 |
| Serial Number | |
| Business Street Address | 740 17th St # 7 |
| City | Denver |
| County | Denver |
| State | CO |
| Zip Code | 80202 |
| Officer Taking Statement | |
| Serial No. | |
| Date | |
| Time | |
| Concerning an Incident occurring at: | 740 17th St, Denver 80202 |
| Location of Where Statement was Taken: | 740 17th St, Denver 80202 |

**Summary of Statement:** On the afternoon of 13 Dec, around 1230-1240, a woman, Caucasian, late 20's, early 30's, wearing pink and blue polka-dot sleep pants, white jacket, white T-shirt, and carrying a blue backpack, entered the bank anary. She is a former customer, known as Jaqueline Sondra-niste? Yessika Moneada, bank supervisor, was trying to assist her and Jacqueline seemed to be growing more and more agitated. Yessica handed her the phone and I don't know who she was talking to but her voice was raised, she was swearing and cursing at a high pitch. We had other customers and I went over and asked her not to use profanity and lower her voice. She went irate and began to curse at me and I took the phone from her and told her to leave. She would not, so Yessika dialed 911 and Denver Police arrived.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

13 / Dec / 20 26
Date

1342 ☐ a.m. ☑ p.m.
Time Statement Completed

Signature of Person Making Statement: Norman E Chase

DPD 366 (Rev. 08/16)

③

Page _____ of _____ Pages                              GO/CAD No. _____

**Summary of Statement** (Continued): _She left right before the Police arrived_
_End of Statement_

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.

_19_ / _Dec_ / 20 _16_  NEC
Date

_1341_  ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement: _Norman E Chase_

DPD 366 (Rev. 08/16)

Page 1 of 1 Pages

GO/CAD No. 16-793291

## Denver Police Department
## STATEMENT

**Name (Last, First, Middle Initial):** DiPaolo Nicole D

**Person Making Statement Is:** ☒ Witness

**Residence Street Address:** 160 S. Monaco Pkwy Apt F209

**City:** Denver **County:** Denver **State:** CO **Zip Code:** 80224

**Residence Phone:** (303) 523-3040

**Business Phone:** (303) 222-9266

**Date of Birth:** 01/03/84

**Business Street Address:** 740 17th St.

**City:** Denver **County:** Denver **State:** CO **Zip Code:** 80202

**Concerning an Incident occurring at:** Academy Bank

**Summary of Statement:** Customer Jaqueline came in and started to cuss out a representitive over the phone. Then started raising her voice using profanity. Our security guard told her to leave after asking her to calm down and lower her voice. She then got into our security guards face and almost hit him. Telling him to get away from her. She threatened me that she hopes my baby (unborn) goes to hell and that I die strapped to a bed having her (my baby) She then left and stood in front of the bank screaming. Jaqueline Santisteven was a customer of the bank, I am a financial Sales Assc. that handles accounts; she came in asking for the manager. I have been here since @ Sept 26th 2016 and have seen →

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

**Date:** 12/13/2016

**Time Statement Completed:** 1:41 ☒ p.m.

**Signature of Person Making Statement:** [signed]

DPD 366 (Rev. 08/16)

5

Page _____ of _____ Pages             GO/CAD No. _____

**Summary of Statement** (Continued): _____

had her in here numerous times. She always has a different story about people stealing her money, people chasing her, people that are going to kill her. Jaquline is about 5'5 100-150 lbs, brown hair brown eyes.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.

_____/_____/20_____
Date

_____ ☐ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement

DPD 366 (Rev. 08/16)