IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01025-GPG

JACQUELINE SANTISTEVAN,

    Plaintiff,

v.

JESSICA MANACADO,
NORMAN CHASE, and
NICOLE DIPALO,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jacqueline Santistevan, resides in Denver, Colorado.  Ms. Santistevan initiated this action on April 25, 2017 by filing *pro se* a "Complaint for a Civil Case" (ECF No. 1) and an Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2).

    On April 26, 2017, Magistrate Judge Gordon P. Gallagher reviewed Plaintiff's filings and determined that the Complaint was deficient because it was not filed on the Court's approved Complaint form.  (ECF No. 4).  Magistrate Judge Gallagher directed Plaintiff to resubmit her Complaint on the Court's approved form within thirty (30) days of the April 26 Order.  (*Id.*).  Ms. Santistevan was informed that she could obtain a copy of the Complaint form at www.cod.uscourts.gov or, in person, from the District Court Clerk's Office, at 901 19th Street, Denver, Colorado.  Magistrate Judge Gallagher warned Plaintiff in the April 26 Order that failure to cure the deficiency noted would result in

1

dismissal of this action without further notice.   (*Id.*).

On May 26, 2017, Plaintiff filed a motion for extension of time to comply with the April 26 Order.   (ECF No. 5).   In a May 31, 2017 minute order, she was granted an extension up to and including June 30, 2017 to comply with the April 26, 2017 Order. (ECF No. 6).

Ms. Santistevan has now failed to comply with the April 26 Order and the May 31 Minute Order.   Further, she has not communicated with the Court since May 26, 2017. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Jacqueline Santistevan, to comply with the April 26, 2017 Order Directing Plaintiff to Cure Deficiency and the May 31, 2017 Minute Order.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.   *See Coppedge v. United States*, 369 U.S. 438 (1962).   If Ms. Santistevan files a notice of appeal she must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   It is

FURTHER ORDERED that the Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is DENIED as moot.

DATED July 10, 2017, at Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court