IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01025-LTB

JACQUELINE SANTISTEVAN,

    Plaintiff,

v.

JESSICA MANACADO,
NORMAN CHASE, and
NICOLE DIPALO,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 10, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 10 day of July, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ A. Garcia Garcia
                Deputy Clerk